# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD RENE LEYVA, | Case No. CV 07-8116-PA (JEM) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JAMES YATES, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.

DATED: June 9, 2010

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE